# 1481445 - ULTRASAFE

(151) **Date of the registration**
10.07.2019

(180) **Expected expiration date of the registration/renewal**
10.07.2029

(270) **Language(s) of the application**
English

(732) **Name and address of the holder of the registration**
The Noco Company
30339 Diamond Parkway #102
Glenwillow OH 44139 (US)

(812) **Contracting State or Contracting Organization in the territory of which the holder has a real and effective industrial or commercial establishment**
US

(842) **Legal nature of the holder (legal entity) and State, and, where applicable, territory within that State where the legal entity is organized**
CORPORATION, Ohio, United States

(740) **Name and address of the representative**
Ann K. Ford
DLA PIPER LLP (US)
500 Eighth Street NW
Washington DC 20004 (US)

(540) **Mark**
ULTRASAFE

(541) **Reproduction of the mark where the mark is represented in standard characters**

(511) **The International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) and the list of goods and services classified according thereto- NCL (11-2019)**

    09   Battery jump starters, battery chargers, battery packs, inverters.

(821) **Basic application**
US, 15.01.2015, 86504600.

(822) **Basic registration**
US, 15.09.2015, 4811656.

(832) **Designation(s) under the Madrid Protocol**
AU, CA, EM, GB.

(527) **Indications regarding use requirements**
GB.

EXHIBIT 2