# FedEx    Shipment Receipt

## Outbound Shipment
### Address Information
Ship to:

Owner

Yaber Technologies Co. Ltd.

Bantian Guoji Center No. 6 Bldg B

Rm 406 4/F Huancheng South Rd

SHENZHEN,

518110

CN

86-224-424-3173

Ship from:

Anna E. Bullock

Kohrman Jackson Krantz

1375 East 9th Street

29th Floor

CLEVELAND, OH

44114

US

2167367223

## Return Shipment
### Address Information
Ship to:
Ship from:
Anna E. Bullock
Owner
Kohrman Jackson Krantz
Yaber Technologies Co. Ltd.
1375 East 9th Street
Bantian Guoji Center No. 6 Bldg B
29th Floor
Rm 406 4/F Huancheng South Rd
CLEVELAND, OH
SHENZHEN,
44114
518110
US
CN
2167367223
86-224-424-3173

**Shipment Information:**
Tracking no.: 776368308188
Ship date: 03/23/2022
Estimated shipping charges: 0.00

**Package Information**
Pricing option:
Service type: International Economy
Package type: FedEx Envelope
No of returns: 1
Total weight: 1.00 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603

Bill duties/taxes/fees to: Recipient Email

Your reference: 12229.006
PO no.:

**Shipment Information:**
Tracking no.: 791245028615
Date Created: 03/23/2022
Estimated shipping charges: 0.00

**Package Information**
Return label type: Print
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
No of returns: 1
RMA no.:
Total weight: 1   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off:

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603
Bill duties/taxes/fees to: KJK Firm Shipments-603
Your reference: 12229.006
PO no.:



## Shipment Receipt

**Outbound Shipment Address Information**

Ship to:

Attorney Hao Ni

Ni Wang & Massand PLLC

8140 WALNUT HILL LN

STE 500

DALLAS, TX

75231-4380

US

9723314603

Ship from:

Anna E. Bullock

Kohrman Jackson Krantz

1375 East 9th Street

29th Floor

CLEVELAND, OH

44114

US

2167367223

**Return Shipment Address Information**

Ship to:
Ship from:
Anna E. Bullock
Attorney Hao Ni
Kohrman Jackson Krantz
Ni Wang & Massand PLLC
1375 East 9th Street
8140 WALNUT HILL LN
29th Floor
STE 500
CLEVELAND, OH
DALLAS, TX
44114
75231-4380
US
US
2167367223
9723314603

**Shipment Information:**
Tracking no.: 776355754063
Ship date: 03/21/2022
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
No of returns: 1
Total weight: 1.00 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603

Your reference: 12229.006
PO no.:
Invoice no.:
Department no.:

**Shipment Information:**
Tracking no.: 791244603438
Date Created: 03/21/2022
Estimated shipping charges: 0.00

**Package Information**
Return label type: Print
Pricing option:
Service type: Standard Overnight
Package type: FedEx Envelope
No of returns: 1
RMA no.:
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off:

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603
Your reference: 12229.006
PO no.:
Invoice no.:
Department no.:



# Shipment Receipt

## Outbound Shipment
**Address Information**
Ship to:

Yuanjing Wang

Select or enter

213-216 Bldg D Qingninan Chuangye

No. 18 Jianshe East Road Longhua

Shenzhen,

518109

CN

862244243173

Ship from:

Anna E. Bullock

Kohrman Jackson Krantz

1375 East 9th Street

29th Floor

CLEVELAND, OH

44114

US

2167367223

## Return Shipment
**Address Information**
Ship to:
Ship from:
   Anna E. Bullock
   Yuanjing Wang
      Kohrman Jackson Krantz
   Select or enter
      1375 East 9th Street
   213-216 Bldg D Qingninan Chuangye
      29th Floor
   No. 18 Jianshe East Road Longhua
      CLEVELAND, OH
   Shenzhen,
      44114
   518109
      US
   CN
      2167367223
      862244243173

**Shipment Information:**
Tracking no.: 776355290057
Ship date: 03/22/2022
Estimated shipping charges: 0.00

**Package Information**
Pricing option:
Service type: International Economy
Package type: FedEx Envelope
No of returns: 1
Total weight: 1.00 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603

Bill duties/taxes/fees to: Recipient Email

Your reference: 12229.006
PO no.:

**Shipment Information:**
Tracking no.: 791244581094
Date Created: 03/22/2022
Estimated shipping charges: 0.00

**Package Information**
Return label type: Print
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
No of returns: 1
RMA no.:
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off:

**Billing Information:**
   Bill transportation to: KJK Firm Shipments-603
   Bill duties/taxes/fees to: KJK Firm Shipments-603
   Your reference: 12229.006
   PO no.:

   Shipment Receipt

**Outbound Shipment**
**Address Information**
Ship to:                                  Ship from:

Owner                                     Anna E. Bullock

Yaber Technologies Co. Ltd.               Kohrman Jackson Krantz

4F Bldg B Bantian                         1375 East 9th Street
International Ctr

No. 5 Huancheng South Road                29th Floor

SHENZHEN,                                 CLEVELAND, OH

518110                                    44114

CN                                        US

862244243173                              2167367223

**Return Shipment**
**Address Information**
   Ship to:
Ship from:
   Anna E. Bullock
Owner
   Kohrman Jackson Krantz
Yaber Technologies Co. Ltd.
   1375 East 9th Street
4F Bldg B Bantian
International Ctr
   29th Floor
No. 5 Huancheng South Road
   CLEVELAND, OH
SHENZHEN,
   44114
518110
   US
CN
   2167367223
862244243173

**Shipment Information:**
Tracking no.: 776355163418
Ship date: 03/22/2022
Estimated shipping charges: 0.00

**Package Information**
Pricing option:
Service type: International Economy
Package type: FedEx Envelope
No of returns: 1
Total weight: 1.00 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603

Bill duties/taxes/fees to: Recipient Email

Your reference: 12229.006
PO no.:
Invoice no.:

**Shipment Information:**
Tracking no.: 791244575342
Date Created: 03/22/2022
Estimated shipping charges: 0.00

**Package Information**
Return label type: Print
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
No of returns: 1
RMA no.:
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off:

**Billing Information:**
  Bill transportation to: KJK Firm Shipments-603
  Bill duties/taxes/fees to: KJK Firm Shipments-603
  Your reference: 12229.006
  PO no.:
  Invoice no.:

 Shipment Receipt

**Outbound Shipment Address Information**
Ship to:

Haoyi Chen

Arch & Lake LLP

2500 Wilcrest Drive

Suite 301

HOUSTON, TX

77042

US

3463359890

Ship from:

Anna E. Bullock

Kohrman Jackson Krantz

1375 East 9th Street

29th Floor

CLEVELAND, OH

44114

US

2167367223

**Return Shipment Address Information**
Ship to:
Ship from:
　Anna E. Bullock
Haoyi Chen
　Kohrman Jackson Krantz
Arch & Lake LLP
　1375 East 9th Street
2500 Wilcrest Drive
　29th Floor
Suite 301
　CLEVELAND, OH
HOUSTON, TX
　44114
77042
　US
US
　2167367223
3463359890

**Shipment Information:**
Tracking no.: 776354683667
Ship date: 03/21/2022
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
No of returns: 1
Total weight: 1.00 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603

Your reference: 12229.006
PO no.:
Invoice no.:
Department no.:

**Shipment Information:**
Tracking no.: 791244552558
Date Created: 03/21/2022
Estimated shipping charges: 0.00

**Package Information**
Return label type: Print
Pricing option:
Service type: Standard Overnight
Package type: FedEx Envelope
No of returns: 1
RMA no.:
Total weight: 1　LBS
Declared Value: 0.00　USD
Special Services:
Pickup/Drop-off:

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603
Your reference: 12229.006
PO no.:
Invoice no.:
Department no.:

  Shipment Receipt

| Outbound Shipment Address Information | | Return Shipment Address Information |
|---|---|---|
| **Ship to:** | **Ship from:** | **Ship to:** |
| Haoyi Chen | Anna E. Bullock | **Ship from:**<br>Anna E. Bullock |
| Arch & Lake LLP | Kohrman Jackson Krantz | Haoyi Chen<br>    Kohrman Jackson Krantz |
| 203 N. LaSalle Street | 1375 East 9th Street | Arch & Lake LLP<br>    1375 East 9th Street |
| Suite 2100 | 29th Floor | 203 N. LaSalle Street<br>    29th Floor |
| CHICAGO, IL | CLEVELAND, OH | Suite 2100<br>    CLEVELAND, OH |
| 60601 | 44114 | CHICAGO, IL<br>    44114 |
| US | US | 60601<br>    US |
| 3125581369 | 2167367223 | US<br>    2167367223<br>3125581369 |

**Shipment Information:**
Tracking no.: 776354531428
Ship date: 03/21/2022
Estimated shipping charges: 0.00

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
No of returns: 1
Total weight: 1.00 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603

Your reference: 12229.006
PO no.:
Invoice no.:
Department no.:

**Shipment Information:**
Tracking no.: 791244546200
Date Created: 03/21/2022
Estimated shipping charges: 0.00

**Package Information**
Return label type: Print
Pricing option:
Service type: Standard Overnight
Package type: FedEx Envelope
No of returns: 1
RMA no.:
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off:

**Billing Information:**
Bill transportation to: KJK Firm Shipments-603
Your reference: 12229.006
PO no.:
Invoice no.:
Department no.: