

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jun 21 04:07:23 EDT 2022

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [SEARCH OG] [Bottom] [Help] [Prev List] [Curr List] [Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

Logout  Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___  **Record 1 out of 5**

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# YaberAuto

| | |
|---|---|
| **Word Mark** | YABERAUTO |
| **Translations** | The wording YaberAuto has no meaning in a foreign language. |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Air analysis apparatus; Batteries for vehicles; Battery jump starters; Camcorders; Cameras; Car video recorders; DVD players; Earphones; Hunting binoculars; Mini beam projectors; Sound bars. FIRST USE: 20220120. FIRST USE IN COMMERCE: 20220120 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97231535 |
| **Filing Date** | January 21, 2022 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) YABER TECHNOLOGIES CO., LIMITED limited company (ltd.) CHINA Rm 406,4/F, Bldg B, Bantian Guoji Center No. 5, Huancheng South Rd, Bantian St Longgang, Shenzhen CHINA 518000 |
| **Attorney of Record** | Hao Ni |
| **Prior Registrations** | 6529004 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [SEARCH OG] [Top] [Help] [Prev List] [Curr List] [Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Captured by FireShot Pro: 21 June 2022, 13:00:29
https://getfireshot.com