# Anna E. Bullock

| | |
|---|---|
| **From:** | Anna E. Bullock |
| **Sent:** | Monday, March 21, 2022 3:32 PM |
| **To:** | haoyichen@archlakelaw.com |
| **Cc:** | Derek P. Hartman; Caleb E. Thompson; Carol L. Builder |
| **Subject:** | The NOCO Company v. Yaber Technologies Co., Ltd., N.D. Ohio Case No. 1:22-cv-00216 / Waiver of Service Request |
| **Attachments:** | 3.21.2022 Cover Letter to Haoyi Chen - Houston.pdf; 3.21.2022 Cover Letter to Haoyi Chen - Chicago.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Haoyi Chen:

The law firm Kohrman Jackson & Krantz LLP represents The NOCO Company in a lawsuit styled *The NOCO Company v. Yaber Technologies Co., Ltd.*, in the United States District Court, Northern District of Ohio, Case No. 1:22-cv-00216. Please find attached digital courtesy copies of requests for waiver of service that were sent to your offices in Houston and Chicago today by FedEx. We respectfully request that Yaber Technologies Co., Ltd. ("Yaber") waive service in this matter. We also request that Yaber provide its correct and current address.

Should Yaber, through you or another representative, wish to discuss the above-referenced case and possible resolution, please do not hesitate to contact me or my colleague Derek P. Hartman (dph@kjk.com / 216-736-7248).

Sincerely,

**ANNA E. BULLOCK**
Associate | KJK

**Direct:** (216) 736-7223
**Mobile:** (440) 503-6213
**Email:** aeb@KJK.com

1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Visit the new KJK.com**
LinkedIn | Facebook | Twitter