**Anna E. Bullock**

| | |
|---|---|
| **From:** | Haoyi Chen <haoyichen@archlakelaw.com> |
| **Sent:** | Monday, March 21, 2022 4:26 PM |
| **To:** | Anna E. Bullock |
| **Cc:** | Derek P. Hartman; Caleb E. Thompson; Carol L. Builder |
| **Subject:** | Re: The NOCO Company v. Yaber Technologies Co., Ltd., N.D. Ohio Case No. 1:22-cv-00216 / Waiver of Service Request |

Counsels. I believe I made it clear in my email dated July 21, 2021, that I did not represent this defendant in the case between the same parties. Again, I am not retained to represent the same defendant in this case, therefore I am not authorized to accept any of your documents, nor respond to you on behalf of the defendant. I am wondering the reason you keep sending me documents regarding this case, while you have been notified of my status with this defendant, and you have recorded contact information of the same.

I forward your documents of your last lawsuit against Yaber to the defendant out of my professional courtesy. I am afraid that my courtesy has been exhausted. Unless I am formally retained by this defendant, I am not going to reply to any of your future communications regarding this defendant, and this lawsuit. Thank you.



Haoyi Chen PhD JD / Partner

haoyichen@archlakelaw.com

Arch & Lake LLP

2500 Wilcrest, Suite 301

Houston, Texas, 77042

Phone: 346-335-9890

Fax: 312-614-1873

**CONFIDENTIALITY NOTICE:** This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.

On Mon, Mar 21, 2022 at 2:31 PM Anna E. Bullock <aeb@kjk.com> wrote:

Dear Haoyi Chen:

The law firm Kohrman Jackson & Krantz LLP represents The NOCO Company in a lawsuit styled *The NOCO Company v. Yaber Technologies Co., Ltd.*, in the United States District Court, Northern District of Ohio, Case No. 1:22-cv-00216. Please find attached digital courtesy copies of requests for waiver of service that were sent to your offices in Houston and Chicago today by FedEx. We respectfully request that Yaber Technologies Co., Ltd. ("Yaber") waive service in this matter. We also request that Yaber provide its correct and current address.

Should Yaber, through you or another representative, wish to discuss the above-referenced case and possible resolution, please do not hesitate to contact me or my colleague Derek P. Hartman (dph@kjk.com / 216-736-7248).

Sincerely,

**ANNA E. BULLOCK**
**Associate | KJK**

**Direct:** (216) 736-7223
**Mobile:** (440) 503-6213
**Email:** aeb@KJK.com

1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Visit the new KJK.com**
LinkedIn | Facebook | Twitter

2