## Anna E. Bullock

| | |
|---|---|
| **From:** | Hao Ni <hni@nilawfirm.com> |
| **Sent:** | Wednesday, March 23, 2022 10:34 PM |
| **To:** | Anna E. Bullock |
| **Cc:** | Derek P. Hartman; Caleb E. Thompson; Carol L. Builder |
| **Subject:** | RE: The NOCO Company v. Yaber Technologies Co., Ltd., N.D. Ohio Case No. 1:22-cv-00216 / Waiver of Service Request |

Thanks for the email.
We do not represent Yaber.

---

**From:** Anna E. Bullock <aeb@kjk.com>
**Sent:** Monday, March 21, 2022 3:25 PM
**To:** Hao Ni <hni@nilawfirm.com>
**Cc:** Derek P. Hartman <dph@kjk.com>; Caleb E. Thompson <cet@kjk.com>; Carol L. Builder <CBuilder@kjk.com>
**Subject:** The NOCO Company v. Yaber Technologies Co., Ltd., N.D. Ohio Case No. 1:22-cv-00216 / Waiver of Service Request

Dear Attorney Hao Ni:

The law firm of Kohrman Jackson & Krantz LLP represents The NOCO Company in a lawsuit styled *The NOCO Company v. Yaber Technologies Co., Ltd.*, in the United States District Court, Northern District of Ohio, Case No. 1:22-cv-00216. Please find attached a digital courtesy copy of a request for waiver of service being sent to you today by FedEx. We respectfully request that Yaber Technologies Co., Ltd., ("Yaber"), waive service in this matter. We also request that Yaber provide its correct and current address.

Should Yaber, through you or another representative, wish to discuss the above-referenced case and possible resolution, please do not hesitate to contact me or my colleague Derek P. Hartman (dph@kjk.com / 216-736-7248).

Sincerely,

**ANNA E. BULLOCK**
Associate | KJK

**Direct:** (216) 736-7223
**Mobile:** (440) 503-6213
**Email:** aeb@KJK.com

1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Visit the new KJK.com**
LinkedIn | Facebook | Twitter