Case: 1:22-cv-00216-JG Doc. #: 5-8 Filed: 06/30/22 1 of 1 PageID #: 82

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 90428305
Filing Date: 12/29/2020

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| *MARK | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail1 FTK0142.JPG> |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | Yebur |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the word "Yebur" in stylized font with two dots above the letter "Y" which looks like a smile face. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 915 x 365 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | YABER TECHNOLOGIES CO., LIMITED |
| INTERNAL ADDRESS | Rm 406-07, Blidg B, Bastion Group Centre |
| *MAILING ADDRESS | No. 5, Huanchang South Rd, Bastion St |
| *CITY | Longgang, Shenzhen |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 518000 |
| PHONE | 346-135-0070 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | LCD projectors; Mini beam projectors; Movie projectors; Projection screens; Remote controls for projectors; Self-focusing focusing projectors; Slide projectors; Slide or photograph projection apparatus; Transparency projection apparatus; Video projectors |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/01/2020 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/01/2020 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-8795075-69612012211 161247287_._vebur.pdf |
| CONVERTED PDF FILE(S) (1 page) | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail1 FTK0141.JPG> |
| | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail2 FTK0141.JPG> |
| | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail3 FTK0141.JPG> |
| ORIGINAL PDF FILE | SPE0-8795075-69612012211 161247287_._specimen.pdf |
| CONVERTED PDF FILE(S) (1 page) | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail1 FTK0140.JPG> |
| ORIGINAL PDF FILE | SPE0-8795075-69612012211 161247287_._Yebur_web_of_class_9.pdf |
| CONVERTED PDF FILE(S) (5 pages) | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail1 FTK0139.JPG> |
| | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail2 FTK0139.JPG> |
| | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail3 FTK0139.JPG> |
| | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail4 FTK0139.JPG> |
| | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail5 FTK0139.JPG> |
| SPECIMEN DESCRIPTION | Photos of goods, namely, Video projectors, displaying Applicant's mark as currently used in U.S. commerce |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | The wording Yebur has no meaning in a foreign language. |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| *CONCURRENT USE CLAIM (if applicable) | |
| SIGNIFICANCE OF MARK | Yebur appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance |
| **ATTORNEY INFORMATION** | |
| NAME | Heryl Chen |
| ATTORNEY DOCKET NUMBER | US0100HT |
| ATTORNEY BAR MEMBERSHIP NUMBER | XX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Arch & Lake, LLP (Houston office) |
| STREET | 2500 Wilcrest Drive, Suite 300 |
| CITY | Houston |
| STATE | Texas |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 77042 |
| PHONE | 346-135-0070 |
| EMAIL ADDRESS | heryichen@archlakelaw.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Heryl Chen |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | heryichen@archlakelaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | TMProse@archlakelaw.com; register@archlakelaw.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |
| **SIGNATURE INFORMATION** | |
| ORIGINAL PDF FILE | hrr_475007144-211537287_._yebur.pdf |
| CONVERTED PDF FILE(S) (1 page) | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail1 FTK0138.JPG> |
| | <TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail2 FTK0138.JPG> |
| *SIGNER'S NAME | Heryl Chen |
| *SIGNER'S POSITION | Attorney of Record, Texas Bar Member |
| SIGNATURE'S PHONE NUMBER | 346-135-0070 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 90428305
Filing Date: 12/29/2020

### To the Commissioner for Trademarks:

MARK: Yebur (stylized and/or with design, see below )

The literal element of the mark consists of Yebur. The applicant is not claiming color as a feature of the mark. The mark consists of the word "Yebur" in stylized font with two dots above the letter "Y" which looks like a smile face.

The applicant, YABER TECHNOLOGIES CO., LIMITED, a limited company (ltd.) legally organized under the laws of China, having an address of
Rm 406-07, Blidg B, Bastion Group Centre
No. 5, Huanchang South Rd, Bastion St
Longgang, Shenzhen 518000
China
346-135-0070(phone)
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

For specific filing basis information for each item, you must view the display within the Input Table.

International Class 009: LCD projectors; Mini beam projectors; Movie projectors; Projection screens; Remote controls for projectors; Self-focusing focusing projectors; Slide projectors; Slide or photograph projection apparatus; Transparency projection apparatus; Video projectors

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/01/2020, and first used in commerce at least as early as 12/01/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photos of goods, namely, Video projectors, displaying Applicant's mark as currently used in U.S. commerce.

**Original PDF file:**
SPE0-8795075-69612012211 161247287_._vebur.pdf
Converted PDF file(s) (1 page)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPE0-8795075-69612012211 161247287_._specimen.pdf
Converted PDF file(s) (1 page)
Specimen File1
**Original PDF file:**
SPE0-8795075-69612012211 161247287_._Yebur_web_of_class_9.pdf
Converted PDF file(s) (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

**Translation**
The wording Yebur has no meaning in a foreign language.

**Significance of wording letter(s), or numeral(s)**
Yebur appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance.

**Name(s), Portrait(s), Signature(s) of individual(s)**
The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

The owner's/holder's proposed attorney information: Heryl Chen. Heryl Chen of Arch & Lake, LLP (Houston office), is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
2500 Wilcrest Drive, Suite 300
Houston, Texas
United States
346-135-0070(phone)
heryichen@archlakelaw.com
The docket/reference number is US0100HT.
Heryl Chen submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
Heryl Chen
PRIMARY EMAIL FOR CORRESPONDENCE: heryichen@archlakelaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): TMProse@archlakelaw.com; register@archlakelaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

### Declaration

Declaration Signature: The attached signature image file:
<TICKS EXPORT14 IMAGEOUT 10 044 263 90428305 mail1 FTK0117.JPG>

Signatory's Name: Heryl Chen
Signatory's Position: Attorney of Record, Texas Bar Member
Signatory's Phone Number: 346-135-0070
Payment Sale Number: 90428305
Payment Accounting Date: 12-29-2020

Serial Number: 90428305
Internet Transmission Date: Tue Dec 29 21:52:51 ET 2020
TEAS Stamp: USPTO/FTK-XX.XX.XX.XXX-2020122921525160
289-90428305-7704f87db7704c03aba2885d82
864672a87dc42b064e-CC-425555-20201215121957287
CC-c2595d244f2031220211615287287