

**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

About Us    Careers    Contact Us

**Patents    Trademarks    Learning and Resources**

USPTO > Trademark > TSDR > Trademark Search

TSDR FAQ'S

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

Processing Wait Times: Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

🔍 **Trademark Status & Document Retrieval (TSDR)** ❓

| SEARCH | MULTI-SEARCH | ❓ |

US Serial, Registration, or Reference No. ▾    87552394    **Status**    **Documents**

Status results found

| STATUS | DOCUMENTS | MAINTENANCE | ❓ |

⬇ Download ▾    🖨 Print Preview

Generated on: This page was generated by TSDR on 2022-06-22 12:55:23 EDT

Mark: YABER

# YABER

| | | | |
|---|---|---|---|
| US Serial Number: | 87552394 | Application Filing Date: | Aug. 02, 2017 |
| US Registration Number: | 5500956 | Registration Date: | Jun. 26, 2018 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

TM5 Common Status Descriptor:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.

Status Date: Jun. 26, 2018

Publication Date: Apr. 10, 2018

▲ **Mark Information**

▼ Expand All

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▲ **Current Owner(s) Information**

▲ **Attorney/Correspondence Information**

Attorney of Record - None

Correspondent

| | |
|---|---|
| Correspondent Name/Address: | WANG YANBIN
LONG HUA XIN QU
WEI DONG LONG KE JI DA SHA 1331-1332
SHENZHEN, GUANGDONG CHINA 518109 |
| Phone: | +86- |
| Correspondent e-mail: | 2244243173@qq.com |

Correspondent e-mail Authorized: Yes

Domestic Representative - Not Found

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center

**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

| BROWSE BY TOPIC | ABOUT THIS SITE | USPTO BACKGROUND | FEDERAL GOVERNMENT |
|---|---|---|---|
| Patents | Accessibility | Federal Activity | Regulations.gov |
| Trademarks | Privacy Policy | Inventory Reform Act (FAIR) | StopFakes.gov |
| Learning & Resources | Terms of Use | USPTO Budget and Performance | USA.gov |
| About the USPTO | Security | Freedom of Information Act | Department of Commerce |
| Glossary | Systems Status | Strategy Targeting Organized Piracy | |
| Careers | Site Map | Information Quality Guidelines | |
| Contact Us | | | |