Kostenlosen Versand für alle Bestellungen. Lieferung innerhalb von 3-10 Tagen.



Produkte    Manual    Kontakt    Über YABER

# Kontakt

**NAME**

**E-MAIL**

**NACHRICHT**

Absenden

---

**ÜBER YABER**

Powered by Shopify

Versandbedingungen

Diese Datenschutzrichtlinie

Allgemeine Geschäftsbedingungen

Rückerstattungsrichtlinie

**CONTACT US**

support@yaberauto.com