

# **User Manual**

Battery Jump Starter



support@yaberauto.com

English ·························································· 01 - 14

Deutsch ·························································· 15 - 21

Français ·························································· 22 - 28

日本語 ·························································· 29 - 36

Italiano ·························································· 37 - 43

Español ·························································· 44 - 48

# Contents

Product Package ·································································· 1

Technical Specifications ··················································· 2

Operation

Power Level Indicator Lights ············································ 4

Charging the Jump Starter ················································ 4

Charging Your USB ·························································· 5

Jump Starting a Car ························································ 5

Charging Electronic Devices ············································· 8

Warnings ········································································· 8

Important Safety Instructions ············································ 9

Warranty ········································································· 11

Troubleshooting ······························································ 13

Contact Us ······································································ 14

## Product Package



Jump starter *1



Storage case *1



Jump Cable with smart &
safe protection clamps *1



USB Type C *1
USB Micro *1



User Manual *1

01

Technical Specifications



1:22-cv-00216-JG  Doc #: 5-13  Filed:  06/30/22  6 of 52.  PageID

| No | Function | Operation |
|----|----------|-----------|
| 1 | ON/OFF Button (Multifunctional) | Press the button to charge your devices. Press the button to see the remaining capacity. Long press the button to turn on/off the flashlight. |
| 2 | Charging Indicator Lights | Shows the charging progress: 25%, 50%, 75% and 100%. |
| 3 | Flashlight | Normal, SOS, Strobe, and Off |
| 4 | Output 1 | Charge your phone, tablet, camera, etc.75% faster than a standard charge |
| 5 | Output 2 | Charge your phone, tablet, camera, etc,  75% faster than a standard charge |
| 6 | USB C input & output | Charge your phone, tablet, camera, else charge the starter. |
| 7 | Micro input | Charge the starter with the micro cable. |
| 8 | Jump Starting Port | Insert the plug into the jump starting port |
| 9 | Black Smart Clamp | Connect to negative electrodes of the car battery. |
| 10 | Red Smart Clamp | Connect to positive electrodes of the car battery. |
| 11 | Smart Clamp plug | Insert the plug completely into the jump starter. |
| 12 | Led Indictor | Show us the work status of the smart clamp. |
| 13 | Force Starter Button | You need to press this button if the car battery voltage too low |

## Operation

**Power indicator light**

Press the power button to check the capacity of the Jump Starter.
Indicator Lights as below picture(25%/50%/75%/100%):



**Charging the Jump Starter**

NOTE: In order to reduce the risk of fire or electric shock, an adapter shall be chosen that is suitable for the application and is certified as a Class 2 or LPS power supply or power adapter.



1. Plug the USB cable into computer or any USB 3A wall adaptor (not included).
2. Connect the micro USB cable onto the Jump Starter.

In Car:
1. Plug the USB car adaptor (included) into an available 12V socket.
2. Connect the micro USB cable onto the Jump Starter.

NOTE: It is recommended to recharge the Jump Starter every 3-4 months to maintain the efficiency and prolong the service life of the internal battery even if the unit has not been used.

## Charging Your USB

Use the original manufacturer's USB cable that came with your device and plug into one of the USB output ports. You can charge two devices at the same time. One of the ports has a maximum output of 3A while the other has a maximum output of 2.1A. Press the power button once to begin charging your device. The power level indicator will show the battery level. To check the power capacity again, simply press the power button once.

## Jump Starting a Car

To jump start the vehicle battery, put the vehicle in park (neutral if the vehicle has a manual transmission) and engage the emergency brake. Locate the battery for the vehicle and follow the steps listed below.
Jumper cables are color coded, RED for POSITIVE (+) and BLACK for NEGATIVE (-).
DO NOT mix up the cables or allow the metal ends to touch together because this may damage the battery, charging system and/or electronics on a vehicle.



05

2. Press the power button on the Jump Starter once and check that the power level indicator is 51% or higher.



3. Connect the RED clamp to the POSITIVE (+) post on the car battery. The POSITIVE battery post will be slightly larger than the NEGATIVE post, and will be marked with a PLUS (+) sign. There may also be a RED plastic protective cover over the positive battery post.



Plug the 12V end of the jumper cable and plug it into the jump starter socket which is located underneath the black cover.



4. Connect the BLACK clamp to the NEGATIVE (-) post on the car battery. The NEGATIVE will be marked with a MINUS (-) sign. There may also be a BLACK plastic protective cover over the negative battery post.



5. Check the LED indicator on the indicator light box, located on the jumper cable. Proceed to the next step when the light is flashing RED and GREEN.

6. You now have 30 seconds to start your vehicle before the jump starter times out to prevent the vehicle battery from reverse charging the unit. If it does not crank or cranks very slowly, wiggle the jumper connections to make sure they are making good contact. Wait 60 seconds before trying to start your car again. Each new jump start attempt requires disconnection of both clamps from the car battery and reconnection. The engine should start if there are no other problems (such as a bad starter or ignition circuit problem). Do not attempt to jump start the vehicle more than 3 times with the Jump Starter. If the vehicle fails to start after 3 attempts, it is likely due to alternative reasons and should be checked by an auto mechanic.

7.  As soon as the engine starts, the indicator box on the BLACK clamp will blink red to let you know it is ok to disconnect.

8. Please disconnect the jumper cables from your car within 30 seconds. First remove the RED/POSITIVE (+) clamp and then the BLACK/NEGATIVE (-) clamp.

9. Do not allow the metal ends of the jumper cables to touch each other or the RED clamp to touch anything metal on the car. Now unplug the BLUE end of the jumper cable from the jump starter. This will reset the jumper cable. In 10 seconds the jump starter will power off automatically.

10. Keep the engine running for 20 to 30 minutes, or drive the car to recharge the battery.

NOTE: If the engine dies shortly after it has been jump started, or as soon as the jumper cables are disconnected, it probably means the vehicle charging system is not working (bad alternator, voltage regulator, wiring problem, or loose/dirty battery cables). Please seek professional help from an auto mechanic to find the root cause of the problem. The Car Jump Starter may not work correctly for vehicles that require remote battery jumper locations (e.g.: battery located in trunk or other location). Please consult the owner's manual for your vehicle.、

Charging Mobile Phone or Tablet

1. Plug the Cable to output port1 port2 or typec port.

2. Select appropriate connector & connect it to your mobile phone or tablet.

3. Turn the Jump Starter ON to charge device.

### Warnings：

a. Always wear safety glasses when jump starting a battery (to protect your eyes), and gloves when handling a battery (to protect your hands).

b. When jump starting a vehicle, please ensure that the blue plug is securely fitted into the jump start socket on the jump starter.

c. Ensure the battery clamps are connected correctly, and the connectors are free from rust and dirt.

d. Do not allow this product to become wet. Exposure to excessive moisture will damage the unit.

e. Do not immerse the product in water.

f. Do not operate the product in explosive atmospheres, such as in the presence of flammable liquid, gas or dust.

g. Do not modify or disassemble this product.

h. Do not store in locations where the temperature may exceed 104ºF (40ºC).

i. Charge only using the charger provided.

j. Under extreme heat conditions, battery leakage may occur. Avoid contact with your skin. In case of skin or eye contact, rinse immediately with clean water and seek medical attention.

k. If battery leakage occurs, take it to your local battery recycling center for disposal. Do not attempt to use.

l. Do not place the jump starter on the floor, or at a height less than 18 inches (457mm) above the floor, during use in a repair facility.

m. This car jump starter is for use with 12V vehicles only. Using on non-12V vehicles may cause serious damage to the vehicle, jump starter, or injury to the user. Refer to the owner's manual for the vehicle if you are uncertain what voltage the vehicle runs on.

## BATTERY DISPOSAL

The battery is self-contained and not consumer replaceable. The battery must be disposed of properly when it no longer holds a charge. Proper charging practices will increase the life of the product. For information on battery recycling, call toll-free 800-822-8837.
For information regarding air travel safety with batteries please check the U.S. Department of Transportation prior to travel at: https://www.phmsa.dot.gov/safe-travel/batteries
Note: The Car Jump Starter contains the equivalent of 2.4g of lithium and gives 29.6 watt hours of power.

## Important Safety Instructions

WARNING - When using this product, basic precautions should always be followed, including the following:
1. Read all the instructions before using the product.
2. To reduce the risk of injury, close supervision is necessary when the product is used near children. Children should not operate this device unless under strict supervision by a person responsible for their safety.
3. Do not put fingers or hands into the product.
4. Do not use any attachment that is not sold by YABER which may result in a risk of fire, electric shock, or injury to persons.
5. To reduce risk of damage to the electric plug and cord, pull the plug rather than the cord when disconnecting the jump starter.
6. Do not use a battery pack or appliance that is damaged or modified. Damaged or modified batteries may exhibit unpredictable behavior, resulting in fire, explosion or risk of injury.
7. Do not operate the jump starter with a damaged cord or plug, or a damaged output cable.
8. Do not disassemble the jump starter; take it to a qualified service person when service or repair is required. Incorrect reassembly may result in a risk of fire or electric shock.
9. To reduce the risk of electric shock, unplug the jump starter from the outlet before attempting any instructed servicing.

10. Warning - risk of explosive gases.
a. Working in vicinity of a lead acid battery is dangerous. Batteries generate explosive gases during normal battery operation. For this reason, it is of the utmost importance that you follow the instructions each time you use the jump starter.
b. To reduce risk of battery explosion, follow these instructions and those published by battery manufacturer and manufacturer of any equipment you intend to use in vicinity of the battery. Review cautionary marking on these products and on engine.
11. Personal precautions
a. Consider having someone close enough by to come to your aid when you work near a lead-acid battery.
b. Have plenty of fresh water and soap nearby in case battery acid contacts skin, clothing, or eyes.
c. Wear complete eye protection and clothing protection. Avoid touching eyes while working with battery.
d. If battery acid contacts skin or clothing, wash immediately with soap and water. If acid enters eye, immediately flood eye with running cold water for at least 10 minutes and get medical attention immediately.
e. NEVER smoke or allow a spark or flame within the vicinity of battery or engine.
f. Be extra cautious to reduce risk of dropping a metal tool onto battery. It might spark or short-circuit battery or other electrical part that may cause explosion.
g. Remove personal metal items such as rings, bracelets, necklaces and watches when working with a lead-acid battery. A lead-acid battery can produce a short circuit current high enough to weld a ring or the like to metal, causing a severe burn.
12. When charging the internal battery, work in a well ventilated area and do not restrict ventilation in any way.
13. Under abusive conditions, liquid may be ejected from the battery; avoid contact. If contact accidentally occurs, flush with water. If liquid contacts eyes, additionally seek for medical help. Liquid ejected from the battery may cause irritation or burns.
14. Do not expose a jump starter to fire or excessive temperature. Exposure to fire or temperature above 130°C (266°F) may cause explosion.
15. Have servicing performed by a qualified repair person using only identical replacement parts. This will ensure that the safety of the product is maintained.

16. Attach output cables to a battery and chassis as indicated below. Never allow the output clamps to touch one another.

17. Dropping, hitting or other excessive amounts of force to the jump starter may damage the unit (external and internal), which may result in loss of operation, electrical fire or cause other serious damage.

## Warranty:

YABER LIMITED WARRANTY
YABER warrants to the original purchaser, that its products are free from defects in material and workmanship for 1 year from the date of original purchase. Where permitted by law, YABER's liability shall be limited to that set forth in this limited express warranty. This limited express warranty shall be the exclusive remedy of the purchaser and YABER makes no other warranty of any kind aside from the limited express warranty stated above.

## CONDITIONS OF WARRANTY
If during the 1 year warranty period your new product is found to be defective, YABER will repair such defect, or replace the product, without charge for parts or labor subject to the following conditions:
1. All repairs must be performed by YABER.
2. All warranty claims must be accompanied by a copy of the sales receipt or bill of sale.
3. The equipment must not have been altered or damaged through negligence, accident, improper operation, or failure to follow the product instructions for installation, use, or care.
4. The replacement of parts is excluded from the warranty when replacement is necessary due to normal wear and tear.
5. Repair or replacement parts supplied by YABER under this warranty are protected only for the unexpired portion of the original warranty.
6. This is a "repair or replace" warranty only, and does not cover the costs incurred for the installation, removal or reinstallation of the product, or damage to any mobile phone, electronic device or vehicle.
NOTE: This equipment has been tested and found to comply with the limits for Class B digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio or television

reception. This can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

1. Reorient or relocate the receiving antenna.
2. Increase the separation between the equipment and the receiver.
3. Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
4. Consult the seller or an experienced radio/TV technician for help.

This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:
1. This device may not cause harmful interference.
2. This device must accept any interference received, including interference that may cause undesired operation.

Warning: Changes or modifications to this unit not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

The manufacturer is not responsible for any radio or TV interference caused by unauthorized modifications or change to this equipment. Such modifications or change could void the user's authority to operate the equipment.

WARNING: This Jump Start is only intended to jump start 12V gas cars, trucks, boats, or motorcycles with an internal combustion engine and single lead-acid battery systems. Do not use this device to jump start batteries outside of these four types of vehicles; doing so may cause a fire or other serious injuries. Refer to the user manual for additional safety information.

PROP 65 WARNING: This product contains chemicals known to the State of California to cause cancer, birth defects or other reproductive harm.

Troubleshooting:

| Issue | Cause | Remedy |
|---|---|---|
| Cannot jump start | Wrong clamp connection | Make sure to clamp the RED jumper cable to the POSITIVE (+) post on the car battery. And BLACK jumper cable to NEGATIVE (-) post or car interior. Refer to Page 6 for details |
| | 30-Second timer to jump start has expired | Jump starter timed out. Disconnect the cables from the vehicle battery and reconnect |
| | Low battery status | Recharge the unit via USB cable until at least three solid lights or 51% charge |
| LED light keeps flashing | Protection circuit is working | Refer to the status table on the indicator box or page 9 of the manual |
| Flashing is not working | Low battery | Recharge the unit via USB cable. |
| | The unit is charging | As a safety precaution, the flashlight light will not work while the unit is charging. Please unplug the unit from charging or wait until the unit finishes charging before using the light |
| No wall adaptor | Charge via USB cable | Plug the USB cable into computer or any USB 2A wall adaptor |
| No indicator Light | Low battery | Refer to Power level indicator on page 4 of the manual |
| | Power bank in off mode | Press the power on/off |

13

Contact Us

If you have any question, please feel free to contact by :

support@yaberauto.com

Sehr geehrter Kunde, vielen Dank dass Sie sich für den Kauf einer YABER Starthilfe-Powerbank entschieden haben.

Bitte lesen Sie diese Bedienungsanleitung sorgfältig bevor Sie das Produkt in Betrieb nehmen.

## Hauptmerkmale

Dieses Produkt ist wasserbeständig sowie stoß- und staubgeschützt. Es kann daher selbst bei Regen verwendet werden. Es ist die weltweit erste Starthilfe-Powerbank der Schutzklasse IP68 (staub- und wasserdicht).

Diese Starthilfe kann für Fahrzeuge mit 12 V-Bordnetzspannung eingesetzt werden. Somit eignet sie sich für Pkw, Nutzfahrzeuge, Motorräder, etc.

Die Starthilfe unterstützt den Quick-Charge-Standard über In- und Output. Sie kann somit Ihre mobile Geräte (Smartphone, Kamera, Kindle, etc.) mit USB-A oder USB-C – Schnittstelle bis zu 75% schneller laden als ein Standard-Ladegerät.

Die patentierte Sicherheitstechnik (smart battery clip) bietet einen Explosions- und Verpolungsschutz, wodurch Kurzschluss, Übertemperatur, Überspannung, Überladung, Tiefenentladung, Überstrom und Verpolung verhindert werden.

LED-Technik: Es gib vier LED-Leucht-Modi ("Normal", "SOS", "Stroboskop", "Aus") die sehr nützlich sein können, z. B. bei Unfällen, Outdoor-Aktivitäten, etc.

## Lieferumfang

| 1 x Starthilfe-Powerbank (wasserbeständig / QC-kompatibel) | 1 x Smart Clamps (Starthilfekabel) | 1 x Micro-USB-Kabel |
|---|---|---|
| 1 x Bedienungsanleitung | 1 x Aufbewahrungstasche | 1 x USB-C-Kabel |

15





| No | Funktion | Bedienung |
|----|----------|-----------|
| 1 | ON/OFF Taster (multifunktional) | Drücken Sie den Taster um Ihre Geräte aufzuladen<br>Drücken Sie den Taster um die verbleibende Kapazität anzuzeigen<br>Durch langes Drücken des Tasters schalten Sie die Taschenlampe an/aus |
| 2 | Ladestatus-Anzeige | Zeigt den Ladefortschritt an (25%, 50%, 75%, 100%) |
| 3 | Taschenlampe | "Normal", "SOS", "Stroboskop" und "Aus" |
| 4 | Output 1 | Lädt Ihr Smartphone, Tablet, Kamera, etc. ca. 75% schneller als ein Standardladegerät |
| 5 | Output 2 | Lädt Ihr Smartphone, Tablet, Kamera, etc. ca. 75% schneller als ein Standardladegerät |
| 6 | USB C Input / Output | Lädt Ihr Smartphone, Tablet, Kamera. Hierüber können Sie auch die Powerbank laden |
| 7 | Micro Input | Lädt die Powerbank mit dem Micro-USB-Kabel |
| 8 | Auto- Starthilfe - Port | Stecken Sie den Stecker in dem Auto-Starthilfe-Port |
| 9 | Schwarzes Starthilfekabel | Wird mit dem Minus-Pol der Autobatterie verbunden |
| 10 | Rotes Starthilfekabel | Wird mit dem Plus-Pol der Autobatterie verbunden |
| 11 | "Smart Clamp"-Stecker | Stecken Sie diesen Stecker vollständig in die Powerbank |
| 12 | LED-Anzeige | Zeigt den Status der Smart Clamps (Starthilfekabel) an |
| 13 | Tiefenentladungs-Taster | Drücken Sie diesen Taster wenn die Batteriespannung (Autobatterie)zu niedrig ist |

Deutsch

:22-cv-00216-JG  Doc #: 5-13  Filed:  06/30/22  21 of 52.  Pagel
In Betriebnahme.

**So laden Sie Ihre Starthilfe-Powerbank**
1. Bitte nutzen Sie bitte das mitgelieferte USB-C oder das Micro-USB-Kabel um die Starthilfe aufzuladen.
2. Während des Aufladevorgangs blinkt die LED, wenn die Starthilfe vollständig aufgeladen ist, werden alle vier LEDs leuchten.
3. Bitte beachten: Bevor Sie das Produkt zum ersten Mal verwenden, laden Sie bitte die Starthilfe für mindestens sieben Stunden auf bis alle vier LEDs leuchten, nicht blinken.

**So laden Sie Ihr Smartphone (iPhone, Android) oder andere Geräte**
Drücken Sie den Taster um ihr Smartphone (iPhone, Android) oder ein anderes Gerät aufzuladen. Entfernen Sie bitte das Kabel wenn der Ladeprozess beendet ist.

**LED-Betrieb / Modi**
Drücken Sie die ON-OFF Taste lang um die LED Leuchtung an-/ auszuschalten.
Durch weiteres kurzes Drücken des Tasters in diesem Modus wechseln Sie zwischen Betriebsarten " SOS",
"Stroboskop" und" Permanentlicht"

**So geben Sie**

   

1. Stecken Sie den Stecker der "Smart Clamps" vollständig in die Starthilfe. Die grünen und roten LEDs leuchten nun abwechselnd.
2. Schließen Sie das rote und das schwarze Kabel der Starthilfe an die Pole der Autobatterie an (rot an den Pluspol und schwarz an den Minuspol).

18

(Wenn Sie das Fahrzeug mindestens drei Mal erfolglos gestartet haben bedeutet dies dass die Batteriespannung der Autobatterie zu niedrig ist. Drücken Sie in diesem Fall den "Tiefentladungs-Taster" drei Sekunden lang. Die grüne LED wird nun permanent leuchten und die Spannungsversorgung wird automatisch nach 30s abschalten.)
4. Entfernen Sie bitte das Starthilfekabel von der Autobatterie nachdem das Fahrzeug erfolgreich gestartet wurde.

In jeder der folgenden Situationen schaltet sich die "Smart Clamp" automatisch in den Schutzmodus.

| LED Anzeige | Status |
|---|---|
| die rote/grüne LED blinkt | Die Starthilfe ist betriebsbereit |
| die grüne LED leuchtet | Die Starthilfe ist in Betrieb |
| Das rote Licht leuchtet immer mit langem Audioalarm | 1.Die Starthilfekabel sind verkehrt herum angeschlossen<br>—- Prüfen Sie, ob die Starthilfekabel an den richtigen Batteriepolen angeschlossen sind<br>2.Das Starthilfekabel ist "kurzgeschlossen"<br>—- Prüfen Sie, ob die beiden Starthilfekabel einander oder das selbe Stück Metall berühren |
| Das rote Licht blinkt mit einem kurzen akustischen Alarm | Rückflusssicherung: die Batteriespannung der Autobatterie ist höher als 12,6V<br>—- Keine Starthilfe erforderlich, die Autobatterie hat genug Spannung um Ihr Fahrzeug zu starten |
| Das rote Licht leuchtet immer mit langem Audioalarm | Die Temperatur der Starthilfekabel übersteigt -20°~60°<br>—- Entfernen Sie die Starthilfekabel bis die rote/grüne LED blinkt |
| Das rote Licht leuchtet immer mit einem kurzen akustischen Alarm | Die Spannung der Starthilfe ist zu niedrig<br>—- Laden Sie die Starthilfe zeitnah auf |

19

## Sicherheitshinweise

1. Benutzen Sie nur die original "Smart Clamps" um Ihr Fahrzeug zu starten.
2. Benutzen Sie diese NICHT wenn ein Kabel oder eine Klammer beschädigt ist.
3. Benutzen Sie die Starthilfe nur für Fahrzeuge mit 12V Bordnetzspannung, sonst werden schwere Schäden entstehen (an Fahrzeug und Starthilfe).
4. Geben Sie nur Starthilfe wenn drei bis vier LEDs (Ladebalken) leuchten.
5. Schließen Sie die beiden Starthilfekabel (Klammern) nicht kurz wenn die Starthilfe eingeschaltet ist. Sie dürfen weder einander noch das selbe Stück Metall berühren.
6. Wenn der Motor nicht beim ersten Mal startet, trennen Sie bitte die Starthilfe von der Batterie und warten Sie mindestens 20s bevor Sie diese wieder anschließen. Es sind maximal drei Versuche in zwei Minuten zulässig.
7. Entfernen Sie bitte die Starthilfekabel innerhalb von 30s wenn der Motor erfolgreich gestartet wurde.

## Technische Spezifikationen

| Micro Input | DC 5V/3A Max |
|---|---|
| Output 1 | 5V/3A, 9V/2A, 12V/1.5A Max, USB 3.0 |
| Output 2 | 5V/3A, 9V/2A, 12V/1.5A Max, USB 3.0 |
| USB-C Input / Output | 5V/3A |
| Kurzschluss-Sicherung | vorhanden |
| Überlade-/Entlade-Sicherung | $\leqq$13v±0.3v |
| Temperaturschutz | -20℃~60℃ |
| Verpolungsschutz | vorhanden |
| Rückflusssicherung | $\geqq$（12.6v±0.3v） |
| Abmaße (L*B*H) | 166 x 90 x 38,5mm |

Deutsch

FAQ & Trouble-Shooting

F: Wie schaltet man diese Powerbank aus?

A: Sie schaltet sich automatisch ab wenn sie nicht belastet wird oder der Ladevorgang abgeschlossen ist.

F: Wie lange dauert es die YABER Starthilfe-Powerbank vollständig zu laden?

A: Ungefähr drei bis vier Stunden an einer 5V/3A Spannungsquelle.

F: Wie oft kann dieses Produkt Starthilfe geben im vollständig geladenen Zustand?

A: Ungefähr 15 Mal.

F: Wie oft kann dieses Produkt mein Smartphone aufladen?

A: Dies ist abhängig von der Akku-Kapazität Ihres Smartphones. Ein iPhone 8 beispielsweise kann vier bis fünf Mal

## Wartung und Pflege

1. Benutzen Sie das Produkt NICHT unter direkter Sonneneinstrahlung oder in heißer Umgebung.

2. NICHT auf die Starthilfe schlagen, Produkt NICHT fallen lassen.

3. Produkt NICHT auseinander bauen, es könnte beschädigt werden.

4. Keine Chemikalien oder scharfe Reinigungsmittel zur Reinigung des Produktes verwenden.

5. Produkt NICHT länger heißen Umgebungen aussetzen. Betriebstemperatur: -20 bis +60°C

6. Überprüfen Sie den Ladestatus des Produktes bitte mindestens alle drei Monate und laden Sie es rechtzeitig auf.

## Introduction

Merci d'avoir acheté le démarreur de YABER. Veuillez lire attentivement le manuel d'utilisation avant de commencer à utiliser notre produit.

### Principales caractéristiques

Ce produit est imperméable, antichoc et étanche à la poussière. Il peut être utilisé même en cas de pluie. C'est le premier démarreur de jump-start de voiture au monde  avec la technologie IP68 imperméable,

Ce démarreur de rapide peut démarrer des véhicules de 12V en quelques secondes. Convient pour votre voiture, camion, moto, etc.

Le démarreur prend en charge l'entrée et la sortie de charge rapide. il peut charger votre téléphone, appareil photo, Kindle et autres appareils avec USB A et USB C jusqu'à 75% plus rapidement qu'une charge standard.

La technologie de sécurité brevetée des pinces intelligente est antidéflagrante et assure une protection contre l'inversion de polarité qui empêche le court-circuit, la haute température, la surtension, la surcharge, la surintensité et l'inversion de polarité.

Lumières LED puissantes: Il y a 4 modes de lumière LED (normale, SOS, stroboscopique et éteinte) qui peuvent potentiellement sauver des vies lorsque vous faites du camping, du pique-nique, de l'aventure en plein air ou des enquêtes.

### Contenu de l'emballage

| 1 x Imperméable et rapide charge Jump Starter | 1 x Pinces intelligentes | 1 x Câble USB type C |
|---|---|---|
| 1 x Manuel de l'utilisateur | 1 x Pochette de transport | 1 x Câble micro-USB |



| No | Fonction | Operation |
|---|---|---|
| 1 | Bouton ON / OFF (multifonctionnel) | Appuyez sur le bouton pour charger vos appareils<br>Appuyez sur le bouton pour voir la capacité restante<br>Appuyez longuement sur le bouton pour allumer / éteindre la lampe de poche |
| 2 | Voyants de charge | Affiche la progression de la charge: 25%, 50%, 75% et 100% |
| 3 | Lampe de poche | Normal, SOS, stroboscopique et désactivé |
| 4 | Sortie 1 | Chargez votre téléphone, tablette, appareil photo, etc., 75% plus rapidement qu'une charge standard |
| 5 | Sortie 2 | Chargez votre téléphone, tablette, appareil photo, etc., 75% plus rapidement qu'une charge standard |
| 6 | Entrée et sortie USB C | Chargez votre téléphone, votre tablette, votre appareil photo, ou encore chargez la batterie externe |
| 7 | Micro-entrée | Chargez le démarreur avec le micro-câble |
| 8 | Port de Jump Starter Automatique | Insérez la fiche dans le port de départ du saut |
| 9 | Pince intelligente noire | Connectez-vous aux électrodes négatives de la batterie de la voiture |
| 10 | Pince intelligente rouge | Connectez-vous aux électrodes positives de la batterie de la voiture |
| 11 | Smart Clamp Socket | Insérez la fiche complètement dans le démarreur |
| 12 | Led Indicateur | Il montre le statut de travail de la pince intelligente |
| 13 | Bouton Obligatoire | Vous devez appuyer sur ce bouton si la tension de la batterie de la voiture est trop basse |

**Charger votre démarreur de saut**
1. Veuillez utiliser le câble Type-c fourni ou le câble Micro B pour charger le produit.
2. Pendant le chargement du Jump Starter, le voyant LED clignote. Une fois complètement chargée, les 4 lumières LED allumés.
3.Remarque: Avant d'utiliser le produit pour la première fois,
chargez ce périphérique portable pendant au moins 7 heures ou jusqu'à ce que les 4 voyants soient allumés.

**Charger votre iPhone, Smart Phones ou tout autre appareil**
Appuyez sur l'interrupteur pour charger votre iPhone, Smart Phones ou tout autre appareil. Débranchez le câble lorsqu'aucune charge n'est requise.

**Mode LED**
Appuyez sur le bouton ON / OFF pendant 3 secondes pour allumer / éteindre la lumière LED.
En mode lumière, appuyez brièvement sur le bouton pour commuter les modes entre SOS, stroboscope et éclairage.

Démarrer votre voiture

   

1. Insérez complètement la fiche du clip intelligent dans le démarreur de saut, les voyants vert et rouge clignotent alternativement.
2. Fixez correctement les pinces rouge et noire aux électrodes de la batterie de la voiture (rouge à positif et noir à négatif).

25

Lorsque la tension de la batterie de voiture est de 8V (+ / 0.3) à 12.6V (+ / 0.3), appuyez sur le bouton obligatoire démarreur démarrera automatiquement la sortie; Lorsque la tension de la batterie de voiture est inférieure à 8V (+ / 0.3), vous devez appuyer sur le bouton obligatoire pendant 3 secondes et la LED verte reste allumée. La sortie s'éteint automatiquement après 30S.

3. Démarrer le véhicule.

(Si vous démarrez votre voiture au moins 3 fois, et qu'il n'y a pas de réponse, ce qui signifie que la tension de la batterie de voiture est trop faible, vous devez appuyer sur le bouton obligatoire de démarreur pendant 3 secondes et la led verte restera allumée,  la sortie s'éteindra automatiquement après 30s.)

4. Lorsque le véhicule est démarré, retirez le câble de démarrage de la batterie du véhicule.

Dans l'une des situations suivantes, la pince intelligente active le mode de protection:

| LED Indication | Situation |
|---|---|
| LED rouge / verte clignote | Bon état à fonctionner |
| LED verte allumé | Statut de travail |
| Le voyant rouge est toujours allumé avec une longue alarme audio | 1.la pince de démarreur est inversée<br>---- vérifier si le clip est inversé<br>2.la pince est court-circuité<br>---- vérifier si deux pinces relient ou connectent les deux serre-câbles à la même pièce de métal |
| Le voyant rouge clignote avec une courte alarme sonore | La température de la pince dépasse -20°~60° degrés<br>----Retirer les pinces jusqu'à ce que LED rouge / vert clignote |
| Le voyant rouge est toujours allumé avec une longue alarme audio | Protection de l'inversion de polarité, la tension du clip de voiture est supérieure à 12.6v<br>---- Pas besoin de démarrer, la batterie de voiture est suffisante pour démarrer votre voiture |
| Le voyant rouge est toujours allumé avec une alarme audio courte | La tension du démarreur est est trop faible<br>---- Essayez de remplacer l'alimentation de démarrage ou chargez-le à temps |

Français

**Indication de sécurité**

1. Utilisez le clip intelligent d'origine pour démarrer la voiture.
2. N'utilisez PAS cet appareil si un serre-câble ou un cordon est endommagé.
3. Commencez seulement pour les véhicules 12V, sinon cela pourrait endommager sérieusement l'appareil.
4. Ne démarrez votre véhicule que lorsque 3 à 4 voyants sont allumés
5. Ne connectez pas deux pinces lorsque le démarreur est sous tension. Et ne branchez pas les deux serre-câbles à la même pièce de métal
6. Si le moteur ne démarre pas au premier essai, débranchez-le de la batterie de la voiture et attendez au moins 20 secondes avant de le rebrancher. Maximiser trois tentatives en deux minutes.
7. Une fois le moteur démarré avec succès, déconnectez les pinces dans les 30 secondes.

**Technische Spezifikationen**

| | |
|---|---|
| Micro-entrée | DC5V/3A Max |
| Sortie1 | 5V/3A,9V/2A,12V/1.5A Max,USB 3.0 |
| Sortie2 | 5V/3A,9V/2A,12V/1.5A Max, USB 3.0 |
| Entrée et sortie de type C | 5V/3A |
| Protection de court circuit | Effective |
| Protection contre les décharges | ≦13v±0.3v |
| Protection à haute température | -20℃~60℃ |
| Protection de connexion inversée | Effective |
| Protection de charge Retour | ≧（12.6v±0.3v） |
| Dimension (L*W*H) | 166*90*38.5mm |

Q: Comment éteindre cet appareil?
R: Cet appareil s'éteint automatiquement lorsqu'aucune charge ou chargement n'est terminé.

Q: Combien de temps faut-il pour charger complètement le démarreur de YABER?
A: Environ 3 ~ 4 heures à travers l'entrée 5V3A.

Q: Combien de fois ce produit peut-il démarrer le véhicule à pleine capacité?
A: Environ 15 fois.

Q: Combien de fois ce produit peut-il recharger pour mon téléphone portable?
A: Dépend de la capacité de la batterie de votre téléphone portable.

## Entretien et maintenance

1. NE PAS mettre le produit sous la lumière directe du soleil ou dans des endroits chauds.
2. NE laissez PAS tomber ou ne heurtez pas votre démarreur de saut de voiture.
3. NE PAS démonter l'équipement, cela pourrait causer des dommages.
4. N'utilisez PAS de produits chimiques ou de détergents pour nettoyer le produit.
5. NE PAS placer les produits dans un environnement à haute température pendant longtemps. La température de fonctionnement: -20-60℃
6. Vérifiez la puissance du produit au moins tous les trois mois et chargez le produit à temps

この度は、ジャンプスターターJS20をお買い上げいただき、誠にありがとうございます。本製品を十分な活用と安全なご使用のために、取扱説明書はいつも手元におき、よくお読みいただいたうえでご使用ください。

## 商品特徴

※ IP68防水防塵レベル：雨天対応、水中照明に用いる
※ 多種コネクターがあり、スマホ、カメラ、kindleなどに適用する

USBタイプAメス　　5V/3A
USBタイプAメス　　5V/3A
USBタイプCメス　　5V/3A（出力入力兼用）
ジャンプスタート出力端子：独自コネクター
※ 保護回路が備える
ジャンプスターターケーブル：短絡、過電流、逆電流、逆接続、低電圧
USB端子、ジャンプスタート端子：過電流、過放電
※ LEDライト多機能：
高輝度LEDによる、3モード（点灯/点滅/SOS）の切り替えが可能

## パッケージ

| パワーソース本体*一台 | ジャンプスターターケーブル*一本 | USBタイプCケーブル*一本 |
|---|---|---|
| 取扱説明書*一冊 | キャリングケース＊一個 | Micro USBケーブル*一本 |



| No | 名称 | 機能 |
|----|------|------|
| 1 | 電源キー<br>(兼LEDライトスイッチ) | このキーを押すとUSB端子によって出力します。<br>このキーを押すと残量インジケーターが点灯します。<br>このキーを長押すとLEDライトが点灯します。 |
| 2 | 残量インジケーター | ４個のLEDで点灯状態で、本体内蔵バッテリーの残量を表示ます。<br>1個25%、2個50%、3個75%、4個100% |
| 3 | LEDライト | 点灯/点滅/SOS/消灯 |
| 4 | USB 5V/3A　出力端子 | 普通のUSBより1.75倍速く充電する |
| 5 | USB 5V/3A　出力端子 | 普通のUSBより1.75倍速く充電する |
| 6 | USBタイプCメス　　5V/3A（出力入力兼用） | 出力対応：スマホ、カメラ、タブレットなど<br>入力対応：パワーソース本体 |
| 7 | Micro 入力端子 | 入力対応：パワーソース本体 |
| 8 | ジャンプポート | ジャンパーケーブルを本体のジャンプポートに差込みます |
| 9 | 黒色クリップ | マイナス端子に接続する |
| 10 | 赤色クリップ | プラス端子に接続する |
| 11 | コントロールボックスのプラグ | ジャンプスターターに接続する |
| 12 | LEDインジケーター | コントロールボックスの作業状況を表示する |
| 13 | BOOSTキー | 車のバッテリー電圧が低すぎる場合は、このボタンを押す必要です |

## BOOSTキーの使用について

※ 3回程ジャンプスタートしましたが反応ない場合は、この設置を起動する必要があります。
※ 付属品の留め針でコントロールボックスの穴に3秒続いて差し込んでください。
※ コントロールボックスのランプが緑に点灯すると、30秒しか大電流で放電しませんので、速やかにジャンプスタートを行ってください。

**本体に充電する(入力)**
1.付属の「USBタイプCケーブル」または「Micro USBケーブル」で充電を行います。
2.充電中に残量インジケーターが点滅し、4個のライトが点灯すると満充電になります。
3. 初めての充電時間は約7時間です。

**スマホなどの設備に充電する(出力)**
ケーブル接続後、電源ボタンを押すと充電が始まります。
充電しない時にケーブルを外してください。

**照明機能**
電源キーを長押すとLEDライトが点灯します。
電源キーを短くすると「点滅/SOS/点灯」の順より、三つのモートで切り替えます。電源キーを長押しすると、
LEDライトは消灯になります。

**ジャンプスタート**

   

1.コントロールボックスのプラグをジャンプスターターに確実に差し込みます。
コントロールボックスのインジケーターが「赤と緑　交替点滅」状態です。
2.赤色クリックを車両バッテリーの「+プラス端子」に接続し、黒色クリックを車バッテリーの「-マイナス端子」に接続します。
3.ジャンプスタートを行います。
4.エンジンが始動するとクリックを外してください。

| LED状態 | 働き |
|---|---|
| 赤と緑　交替点滅 | 放電準備完了 |
| 緑　　　点灯 | 放電中、速やかにジャンプスタートを行ってください |
| LEDライト赤点灯に長い警告音 | 1.短絡——赤と黒のクリックを接触（ショート）させたかとご確認ください<br>2.逆接続——プラスクリック（赤）とマイナスクリック（黒）は逆接続されたかとご確認ください |
| 赤いLEDライト点滅に短い警告音 | 車両バッテリーからの逆電流を止めている<br>——車両バッテリーの容量がたっぷりで、このジャンプスターターの給電が不要です。車両の不具合は<br>バッテリーと関わっていません |
| LEDライト赤点灯に長い警告音 | コントロールボックスの高温通報<br>——「赤と緑　交替点滅」状態になるまで暫く待ちます |
| LEDライト赤点灯に短い警告音 | ジャンプスターター低電圧<br>——ジャンプスターターに充電する必要です |

## 仕様

| バッテリータイプ | 充電式リチウムイオンバッテリー |
|---|---|
| 本体に充電する方法 | Micro 入力端子、またはタイプC入力端子 |
| 出力2（クイックチャージ） | 5V/3A,9V/2A,12V/1.5A Max, USB 3.0 |
| 出力2（クイックチャージ） | 5V/3A,9V/2A,12V/1.5A Max, USB 3.0 |
| 出力3 | タイプC出力端子5V/3A |
| 出力4 | ジャンプスタート出力端子DC12V/(Peak持続0.2秒) |

| 保護回路 | ジャンプスターターケーブル：短絡、過電流、逆電流、逆接続、低電圧 |
| | USB端子、ジャンプスタート端子：過電流、過放電 |
| サイクル寿命 | 約1000回 |
| | ※使用方法や保存環境によって大きく変化します。充放電サイクル回数を保証するものではありません |
| 使用温度 | -20-60℃ |
| 寸法（D*W*H） | 166*90*38.5mm |
| 重量 | 約790g |
| 本体充電時間 | 約4‐5時間 |

## 使用上のご注意

※ 長時間使用しない場合は、3ヶ月ごとに充電を行ってください。
※ ケーブル接続端子の防水ゴムカバーを閉じないと、防水できません。
※ 本製品は12V車専用です。ほかの車両には使用しないでください。
※ ジャンプスタートケーブルを接続する際は、プラスマイナスの接続を間違えないでください。
　 逆に接続すると本製品または、車体の破損/バッテリーが爆発する恐れがあります。
※ 本製品のジャンプスタートケーブルの赤と黒のケーブルを接触（ショート）させないでください。
※ 一度この条件でエンジン始動に失敗した場合は、使用を中止してください。ジャンプスタートを続けて行う場合は、20秒以上間隔を開けてください。2分間以内で3回に限り、始動回数を控えてください。
※ 残量インジケーターの3個または4個LEDが点灯した状態のみで、シャンプスタートを行ってください。
※ 付属品以外のケーブル・アダプターを使用しないでください。
※ ジャンプスターターケーブルの接続は、クリック（赤）、クリック（黒）の順番で接続してください。解除はクリック（黒）、クリック（赤）の順番で行ってください。
※ クリック故障またはケーブルの披覆が破れた状態で使用しないようにします。

34

故障かな?という場合には、以下の症状、原因と処置をご参照ください。本製品について、わからない点やご質問、故障の場合は、お買い上げの販売店にお問い合わせください。

Q: 電源入らない
A: ●本体の充電量が低下している。または過放電保護が働いている。
　　→ 本体の充電を行ってください。

Q: LEDライトが点灯しない
A: ●本体の充電量が低下している。または過放電保護が働いている。
→ 本体の充電を行ってください。
　　●電源キーを長押ししていない。
→ 電源キーを長 押ししてください。

Q: ジャンプスタートができない
A: ●エアコンやヘッドライトなどの負荷がかかっている。
→ ジャンプスタート時は本体の負荷を抑えるために、エアコンやヘッドライトなどの電装品をOFFにしてください。
　　●車両 バッテリー電圧が12.6V以上になっている。
→ BOOSTキーに差し込みか30秒以内にエンジンを始動してください。
　　●車両 バッテリーが極度に劣化している。
→ 車両 バッテリーが極度に劣化している場合は、ジャンプスターターケーブルのコントロールボックスの緑色LEDが点灯せず、ジャンプスタートはできません。

　　●始動に必要な電流が本製品の仕様を超過している
→ 対応車車両であり接続方法が正しくても、車両の状態や仕様、環境によっては放電能力が足りずにジャンプスタートできない場合があります。

Q:USB出力による充電が開始されない

　●本体と充電器の接続が正しく行われていない。
　→ 端子とコネクターの接続を確認してください。
　　●電源キーを押していない。
　→ 充電開始時は電源キーを押してください。

## 安全上のご注意（必ずお守りください。）

| |
|---|
| **使用後は必ずケーブルを抜いて保管する** |
| 事故やけが、感電の原因となります |
| **エンジン始動後やエンジン始動失敗した場合は、すみやかにシャンプスターターケーブルを取り外す** |
| 事故やけが、感電の原因となります |
| **本体の充電時間を過ぎても充電が完了しない場合は充電を中止する** |
| 本体の発熱、破裂、発火及び火災、けが、感電の原因となります |
| **本製品を接続した状態で、3秒以上クランキングを行わない** |
| エンジン始動に必要な電流が製品の放電能力を超過していますので、そのままクランキング動作を行うと、発火、破裂、ケガの原因になります |
| **車体に対して本製品を単体で接続した状態でエンジンを始動しない** |
| 本製品は車両バッテリーの応急補助製品であり、車両バッテリーの代わりとしては使用できません。 |
| 本体の発熱、破裂、発火及び火災、けが、感電の原因となります |
| **満充電の状態で充電をしない** |
| 本体の発熱、破裂、発火及び火災、けが、感電の原因となります |
| **本体の充電をしながら本製品を使用しない** |
| 本体の発熱、破裂、発火及び火災、けが、感電の原因となります |
| **衝撃を与えない** |
| 本製品を落下、たたくなどして衝撃を与えると故障の原因となります |

**Introduzione**

Grazie per aver acquistato l'avviatore di emergenza YABER. Si prega di leggere il manuale di istruzioni attentamente prima di usare il prodotto.

Caratteristiche principali

Questo prodotto è waterproof, antishock e antipolvere. Può essere usato anche in giorni piovosi. È il primo avviatore di emergenza con IP68 waterproof al mondo.

Questo avviatore di emergenza può avviare veicoli a 12V in pochi secondi. Adatto per la vostra macchina, pick-up e motociclo, etc.

Questo avviatore di emergenza supporta carica veloce sia in input che in output. può caricare il telefono, la macchina fotografica, il kindle e altri dispositivi con USB A e USB C fino al 75% più veloce di una caricatore standard.

La tecnologia di sicurezza brevettata della clip batteria smart è anti esplosione e protezione da polarità inversa che previene il cortocircuitaggio della pinza, alte temperature, sopravoltaggio, sovraccarica, sovrascarica e sovracorrente. Potenti luci LED: ci sono 4 modalità per le luci LED (normale, SOS, stroboscopiche e spento) che sono un potenziale salvavita mentre si è in campeggio, picnic, avventure nella natura e esplorazione.

## Contenuto del pacco

1 x avviatore di emergenza
1 x pinze smart
1 x cavo USB tipo C
1 x cavo micro USB
1 x manuale istruzioni
1 x custodia





38

| No | Funzione | Operazione |
|----|----------|------------|
| 1 | Tasto ON/OFF  (Multifunzione) | Premere il pulsante per caricare il dispositivo<br>Premere il pulsante per visualizzare la carica rimasta<br>Tenere premuto per accendere\spegnere la torcia |
| 2 | Luci indicatrici di carica | Mostrano il progresso della carica: 25%, 50%, 75% e 100% |
| 3 | Torcia | Normale, SOS, Stroboscopica, e spenta |
| 4 | Output 1 | Carica il tuo telefono, tablet, fotocamera, etc.,  75% più veloce di una carica standard |
| 5 | Output 2 | Carica il tuo telefono, tablet, fotocamera, etc.,  75% più veloce di una carica standard |
| 6 | USB C input & output | Carica il tuo telefono, tablet, fotocamera, carica anche il dispositivo |
| 7 | Micro input | Carica il dispositivo con il cavo micro |
| 8 | Porta di avviazione auto | Inserire la spina nella porta di avvio del salto |
| 9 | Pinza smart nera | Collegare agli elettrodi negativi della batteria auto |
| 10 | Pinza smart rossa | Collegare agli elettrodi positivi della batteria auto |
| 11 | Presa pinza smart | Inserire la presa completamente nell'avviatore di emergenza |
| 12 | Indicatore LED | Mostra lo stato della pinza smart |
| 13 | Tasto obbligatorio | Ènecessario premere questo pulsante se la tensione della batteria dell'auto è troppo bassa |

## Per cominciare

### Caricare il vostro Avviatore automatico

1. Si prega di utilizzare i cavi di tipo C o Micro B forniti per caricare il dispositivo.
2. Durante la ricarica la luce LED sarà lampeggiante. Una volta completamente carico le 4 luci sono tutte accese
3. Nota: prima di utilizzare il dispositivo per la prima volta, caricare lo starter automatico per almeno 7 ore.
   Quando pieno di energia elettrica mostra quattro luci sono tutte accese.

### Caricare il vostro iPhone, Smart Phone o qualsiasi altro dispositivo

Premere il pulsante per caricare il vostro iPhone, Smart Phone o qualsiasi altro dispositivo. Staccare il cavo quando la carica non è più necessaria.

### Modalita LED

Premere il tasto ON/OFF per 3 secondi per accendere/spegnere la luce LED In modalita luce, premere il tasto per cambiare modalita di illuminazione: SOS, torcia e accesa

### Avviare l'auto

   

1. Inserire la presa della pinza smart completamente nell'avviatore automatico, le luci verde e rossa lampeggiano alternate.
2. Attaccare correttamente le pinze rossa e nera agli elettrodi della batteria auto (rosso sul positivo e nero sul negativo).

Quando il voltaggio della batteria auto è 8V (+0.3) 12.6V (+0.3), avvia la auto \ l'avviatore connetterà l'output automaticamente. l'output; quando il voltaggio della batteria auto è sotto 8V (+/0.3) bisogna premere il tasto obbligatorio per 3 secondi e la luce verde diventerà fissa, l'output si spegnerà automaticamente dopo 30S.

3. Accendere il veicolo.

(Se si avvia l'auto almeno 3 volte e non vi è risposta, significa che il voltaggio della batteria auto è troppo basso e bisogna premere il tasto obbligatorio per 3 secondi e la luce LED verde rimarrà fissa, l'output si spegnerà automaticamente dopo 30s.)

4. Quando il veicolo è acceso, rimuovere il cavo dell'avviatore dalla batteria del veicolo.

In qualunque delle seguenti situazioni la pinza smart attiva la modalità di protezione:

| LED Indication | Situazione |
|---|---|
| Il led lampeggia rosso/verde | Pronto all'uso |
| Luce verde fissa | In funzione |
| La luce rossa è sempre accesa con un lungo allarme acustico | 1.La batteria è connessa al contrario<br>-—controllare se la clip è connessa al contrario<br>2.La pinza è cortocircuitata<br>-—controllare se le pinze sono connesse tra loro o se sono connesse allo stesso pezzo di metallo |
| La luce rossa lampeggia con un breve allarme acustico | protezione per il controvoltaggio, il voltaggio della batteria auto è più alto di 12.6V<br>-—non è necessario l'avviatore automatico, la batteria dell'auto è abbastanza per avviare l'auto |
| La luce rossa è sempre accesa con un lungo allarme acustico | La temperature della pinza supera i -20~60 gradi<br>-—rimuovere la pinza finchè la luce lampeggia rosso\verde |
| La luce rossa si accende sempre con un breve allarme acustico | Il voltaggio dell'avviatore è troppo basso<br>-—Provare a sostituire l'alimentatore o a caricare per tempo |

## Indicazioni di sicurezza

1. Usare la smart clip originale per avviare l'auto.
2. NON USARE il dispositivo se i cavi sono danneggiati.
3. Usare solo per veicoli a 12V o causerà seri danni al dispositivo.
4. Usare per avviare l'auto solo quando 3 delle 4 luci indicatrici sono accese.
5. Non connettere due pinze tra loro quando l'avviatore è acceso. E non connettere entrambe le pinze allo stesso pezzo di metallo.
6. Se il motore non parte al primo tentativo disconnetterlo dalla batteria auto e aspettare almeno 20 secondi prima di riconnetterlo. Massimo tre tentativi in due minuti.
7. Una volta che il motore è avviato disconnettere le pinze entro 30 secondi.

## Specifiche

| Micro input | DC5V/3A Max |
|---|---|
| Output1 | 5V/3A,9V/2A,12V/1.5A Max, USB 3.0 |
| Output2 | 5V/3A,9V/2A,12V/1.5A Max, USB 3.0 |
| Tipo C input & output | 5V/3A |
| Protezione corto circuito | Efficace |
| Protezione sovrascarica | $\leqq$13v±0.3v |
| Protezione alta temperatura | -20℃~60℃ |
| Protezione connessione contraria | Efficace |
| Protezione back charge | $\geqq$（12.6v±0.3v） |
| Dimensioni (L*W*H) | 166*90*38.5mm |

D: Come spegnere il dispositivo?
R: Il dispositivo si spegnerà da solo quando non vi è un carico o quando la carica è completa

D: Quanto tempo è richiesto per caricare completamente l'avviatore automatico YABER?
R: Circa 3-4 ore con un input di 5V 3A.

D: Quante volte può riavviare il veicolo con una carica?
R: Circa 15 volte

D: Quante volte può caricare un telefono?
R: Dipende dalla capacità della batteria del telefono. Per esempio può caricare un iPhone 8 completamente 4 o 5 volte

## Cura e manutenzione

1. NON mettere il dispositivo nella luce solare diretta o zone calde.

2. NON far cadere l'avviatore automatico

3. NON disassemblare il dispositivo che si potrebbe danneggiare

4. NON usare prodotti chimici o detergenti per pulire il dispositivo

5. NON lasciare il dispositivo in ambienti ad alta temperatura per troppo tempo. Temperatura di utilizzo: -20-60°C.

6. Controllare la carica del dispositivo almeno ogni tre mesi e caricare il dispositivo per tempo.

**Contenido del paquete**

| 1 x Arrancador de coche impermeable y con carga rápida | 1 x Abrazaderas inteligentes | 1 x Cable USB tipo C |
|---|---|---|
| 1 x Manual de usuario | 1 x Bolsa de transporte | 1 x Cable Micro USB |

**Product Overview**



Español

| Nº | Función | Operación |
|----|---------|-----------|
| 1 | Botón ON/OFF (Multifuncional) | Presione el botón para cargar sus dispositivos<br>Presione el botón para ver la batería restante<br>Mantenga presionado el botón para encender o apagar la linterna |
| 2 | Luces indicadoras de carga | Muestran la carga total de la batería: 25%, 50%, 75% y 100% |
| 3 | Linterna | Normal, SOS, estroboscópica y apagada |
| 4 | Salida 1 | Para cargar su teléfono, tablet, cámara, etc, 75% más rápido que un cargador normal |
| 5 | Salida 2 | Para cargar su teléfono, tablet, cámara, etc, 75% más rápido que un cargador normal |
| 6 | Salida y entrada USB C | Para cargar su teléfono, tablet, cámara, etc.. además del puerto de carga del arrancador de coche |
| 7 | Entrada micro USB | Para cargar el arrancador de coche con un cable micro USB |
| 8 | Puerto de arrancar | Inserte el enchufe en el puerto de arrancar |
| 9 | Pinza inteligente negra | Conectar al electrodo negativo de la batería del coche |
| 10 | Pinza inteligente roja | Conectar al electrodo positivo de la batería del coche |
| 11 | Conector de las pinzas inteligentes | Inserte este conector completamente en el arrancador de coche |
| 12 | Indicador LED | Muestra el estado de trabajo actual de las pinzas |
| 13 | Botón obligatorio | Debería presionar este botón si el voltaje de la batería del coche es demasiado bajo |

## Cargando su arrancador de coche
1. Por favor, use los cables tipo C y micro USB que se le proporcionan con el producto.
2. Cuando esté cargando el arrancador de coche, la luz LED parpadeará, una vez esté completamente cargado, las 4 luces encendidas.
3.Nota: antes de usar el dispositivo por primera vez, cargue el arranque automático durante al menos 7 horas. Cuando está lleno de electricidad, aparecen cuatro luces encendidas.

## Cargando su iPhone, smartphone o cualquier otro dispositivo
Presione el botón para cargar su iPhone, smartphone o cualquier otro dispositivo. Desenchufe el cable cuando no se requiera carga.

## Modo LED
Presione el botón de ENCENDIDO / APAGADO durante 3 segundos para encender o apagar la luz LED. En el modo de luz, presione el botón para cambiar Modo de iluminación: SOS, linterna e iluminado

## Arrancar su vehículo

   

1. Inserte el enchufe del clip inteligente completamente en el arrancador de coche, las luces verdes y rojas parpadearán alternativamente.
2. Fije correctamente la pinza roja y la pinza negra a los electrodos de la batería del automóvil (rojo a positivo y negro a negativo).

3. Encienda el vehículo

(Si intenta arrancar su vehículo 3 veces y no responde, significa que el voltaje de la batería del automóvil es demasiado bajo, debe presionar el botón obligatorio con un clip durante 3 segundos y un LED verde se encenderá; la salida se apagará automáticamente pasados 30 segundos.)

4. Cuando haya conseguido arrancar el vehículo, desconecte los cables del arrancador de coches de la batería.

En cualquiera de las siguientes situaciones, la pinza inteligente activa el modo de protección:

| Indicador LED | Situación |
|---|---|
| El LED parpadea en rojo y verde | Listo para trabajar |
| La luz verde está fija | Trabajando |
| La luz roja está siempre encendida con una alarma de audio larga | 1.La pinza de la batería está conectada al revés<br>---Verificar si el clip está conectado a la inversa<br>2.La pinza está en cortocircuito<br>---Verifique si las pinzas están conectadas entre sí o si las pinzas están conectadas a la misma pieza de metal |
| La luz roja parpadea con una alarma de audio corta | Protección de vuelta de carga, el voltaje de la batería del coche es mayor a 12,6v.<br>---No necesita el arrancador de coche, la batería del coche es suficiente para arrancar su vehículo |
| La luz roja está siempre encendida con una alarma de audio larga | La temperatura de la pinza excede los -20℃~60℃<br>---Desconecte la pinza hasta que la luz parpadee entre rojo y verde |
| La luz roja siempre está encendida con una alarma de audio corta | El voltaje del arrancador de coche es muy bajo<br>---Intente cambiar la fuente de alimentación o cargarlo |

**Indicaciones de seguridad**

1. Use el clip inteligente original para arrancar el automóvil.
2. NO usar el producto si alguno de los cables está dañado.
3. Solo usar en vehículos de 12V o podría causar daños a la unidad.
4. Solo arranque su vehículo si 3 o 4 luces indicadoras están iluminadas.
5. No conecte las dos pinzas entre sí cuando el arrancador de coche esté encendido. No conecte ambas pinzas a la misma pieza de metal.
6. Si el motor no arranca en un primer intento, desconecte la unidad de la batería del coche y espere por lo menos 20 segundos antes de volver a conectar. Máximo 3 intentos en 2 minutos.
7. Una vez que el motor se haya conseguido arrancar con éxito, desconectar las pinzas en los siguientes 30 segundos.

## Specifiche

| | |
|---|---|
| Entrada micro USB | DC5V/3A Max |
| Salida 1 | 5V/3A,9V/2A,12V/1.5A Max, USB 3.0 |
| Salida 2 | 5V/3A,9V/2A,12V/1.5A Max, USB 3.0 |
| Salida y entrada USB C | 5V/3A |
| Protección contra cortocircuitos | Efectiva |
| Protección contra sobredescarga | ≦13v±0.3v |
| High temperature protection | -20℃~60℃ |
| Protección de conexión inversa | Efectiva |
| Protección de carga de vuelta | ≧（12.6v±0.3v） |
| Dimensiones (largo*ancho*alto) | 166*90*38.5mm |