# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE NOCO COMPANY,** | ) |
| | ) |
| Plaintiff, | ) CASE NO: 1:22-cv-00216 |
| | ) |
| v. | ) |
| | ) |
| **YABER TECHNOLOGIES CO., LTD.,** | ) JUDGE: JAMES S. GWIN |
| | ) |
| Defendant. | ) |
| | ) |

## PROPOSED ORDER

This matter is before the Court on the Plaintiff's Motion for Leave to Serve Defendant by Alternative Means (the "*Motion*").

After due consideration, and for good cause shown, the Plaintiff's Motion is hereby GRANTED. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff shall serve Yaber Technologies Co., Ltd., via email at support@yaberauto.com; support@yabertech.com, sales@yabertech.com; support01@yaberauto.com; support.01@yaberauto.com; 2244243173@qq.com; TMProce@scienbizip.com; and ecptm@scienbizip.com and submit proof of the same within fourteen (14) days of this Order.

    IT IS SO ORDERED.

_____    _____
DATE                                                         JUDGE JAMES S. GWIN