UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| NOCO COMPANY, | : | CASE NO. 1:22-cv-00216 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | |
| v. | : | (Resolving Doc. 10) |
| | : | |
| YABER TECHNOLOGIES | : | |
| COMPANY, LTD. | : | |
| | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff NOCO Company sued Defendant Yaber Technologies Company for alleged trademark infringement.[1]

Plaintiff NOCO now says the parties have settled and moves to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(2).  NOCO also asks the Court to retain jurisdiction to enforce the parties' settlement agreement.[2]

The Court **GRANTS** NOCO's motion to dismiss with prejudice and **RETAINS** jurisdiction to enforce the parties' agreement.  The Court **ORDERS** NOCO to file a copy of the parties' agreement under seal.

IT IS SO ORDERED.

Dated: January 4, 2023

s/       *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 1.
[2] Doc. 10.